| **Fill in this information to identify the case:** |
| --- |
| United States Bankruptcy Court for the: |
| CENTRAL DISTRICT OF CALIFORNIA |
| Case number *(if known)* _____  Chapter __11__ |

☐ Check if this is an
amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy

04/25

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| 1. | Debtor's name | **United Property Maintenance Corporation** |
| --- | --- | --- |
| 2. | All other names debtor used in the last 8 years<br><br>Include any assumed names, trade names and *doing business as* names | **DBA  California Construction Superior** |
| 3. | Debtor's federal Employer Identification Number (EIN) | **87-3126073** |

**4. Debtor's address**

| Principal place of business | Mailing address, if different from principal place of business |
| --- | --- |
| **4 Pomegranate Street**<br>**Ladera Ranch, CA 92694**<br>Number, Street, City, State & ZIP Code | _____<br>P.O. Box, Number, Street, City, State & ZIP Code |
| **Orange**<br>County | **Location of principal assets, if different from principal place of business**<br>**8451 Miralani Drive, Suite E, San Diego, CA 92126**<br>Number, Street, City, State & ZIP Code |

| 5. | Debtor's website (URL) | **CaliforniaConstructionSuperior.com** |
| --- | --- | --- |

**6. Type of debtor**

■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))

☐ Partnership (excluding LLP)

☐ Other. Specify: _____

Debtor    **United Property Maintenance Corporation**                    Case number (if known) _____
    Name

**7.**    **Describe debtor's business**    A. Check one:

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

■ None of the above

B. Check all that apply

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See
http://www.uscourts.gov/four-digit-national-association-naics-codes.

_2389_

**8.**    **Under which chapter of the Bankruptcy Code is the debtor filing?**    Check one:

☐ Chapter 7

☐ Chapter 9

■ Chapter 11. Check all that apply:

    ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates)
    are less than $3,424,000 (amount subject to adjustment on 4/01/28 and every 3 years after that).

    ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small
    business debtor, attach the most recent balance sheet, statement of operations, cash-flow
    statement, and federal income tax return or if all of these documents do not exist, follow the
    procedure in 11 U.S.C. § 1116(1)(B).

    ■ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and it chooses to
    proceed under Subchapter V of Chapter 11.

    ☐ A plan is being filed with this petition.

    ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in
    accordance with 11 U.S.C. § 1126(b).

    ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and
    Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the
    Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11
    (Official Form 201A) with this form.

    ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9.**    **Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**
If more than 2 cases, attach a separate list.

■ No.

☐ Yes.

| District | When | Case number |
|----------|------|-------------|
| District _____ | When _____ | Case number _____ |
| District _____ | When _____ | Case number _____ |

Debtor    **United Property Maintenance Corporation**                    Case number (*if known*) _____
           Name

| | |
|---|---|
| **10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?** | ■ No<br>☐ Yes. |

List all cases. If more than 1,
attach a separate list

| | | | |
|---|---|---|---|
| Debtor _____ | | Relationship _____ | |
| District _____ | When _____ | Case number, if known _____ | |

---

**11. Why is the case filed in *this district*?**    *Check all that apply:*

■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

---

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

■ No
☐ Yes.    Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
   What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____
   Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No

☐ Yes.    Insurance agency _____
         Contact name _____
         Phone _____

---

## ▮ Statistical and administrative information

**13. Debtor's estimation of available funds**    .    *Check one:*

■ Funds will be available for distribution to unsecured creditors.

☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

---

**14. Estimated number of creditors**

| | | |
|---|---|---|
| ■ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ☐ 50-99 | ☐ 5001-10,000 | ☐ 50,001-100,000 |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than100,000 |
| ☐ 200-999 | | |

---

**15. Estimated Assets**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50  million | ☐ $1,000,000,001 - $10 billion |
| ■ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

---

**16. Estimated liabilities**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ■ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |

---

Debtor  **United Property Maintenance Corporation**

Name

Case number (*if known*)

| | | |
|---|---|---|
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50  million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

Debtor    **United Property Maintenance Corporation**                    Case number (if known)
          Name

**Request for Relief, Declaration, and Signatures**

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **August 11, 2025**
               MM / DD / YYYY

X _____          **Michael Speltz**
Signature of authorized representative of debtor    Printed name

Title    **President**

**18. Signature of attorney**    X    /s/ David A. Wood                    Date **August 11, 2025**
                                 Signature of attorney for debtor              MM / DD / YYYY

**David A. Wood**
Printed name

**MARSHACK HAYS WOOD LLP**
Firm name

**870 Roosevelt**
**Irvine, CA 92620-3663**
Number, Street, City, State & ZIP Code

Contact phone    **(949) 333-7777**    Email address    **dwood@marshackhays.com**

**272406 CA**
Bar number and State

**Fill in this information to identify the case:**

Debtor name    **United Property Maintenance Corporation**

United States Bankruptcy Court for the:    CENTRAL DISTRICT OF CALIFORNIA

Case number (if known) _____

☐ Check if this is an
amended filing

---

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

■    *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)

■    *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)

■    *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

■    *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)

■    *Schedule H: Codebtors* (Official Form 206H)

■    *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)

☐    Amended *Schedule* _____

■    *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)

☐    Other document that requires a declaration _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **August 11, 2025**        X _____
                                Signature of individual signing on behalf of debtor

                    **Michael Speltz**
                    Printed name

                    **President**
                    Position or relationship to debtor

---

Fill in this information to identify the case:

| | |
|---|---|
| Debtor name | **United Property Maintenance Corporation** |
| United States Bankruptcy Court for the: | **CENTRAL DISTRICT OF CALIFORNIA** |
| Case number (if known): | |

☐ Check if this is an

amended filing

## Official Form 204

### Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders

**12/15**

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31).  Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **American Express - Gold P.O. Box 96001 Los Angeles, CA 90096-8000** | | **Credit Card** | | | | **$71,285.83** |
| **American Express - Platinum P.O. Box 96001 Los Angeles, CA 90096-8000** | | **Credit Card** | | | | **$39,084.36** |
| **Chase Auto Finance PO Box 78101 Phoenix, AZ 85062** | | **Car Loan - Tesla Model 3 / 2020** | | **$28,000.00** | **$16,713.00** | **$11,287.00** |
| **First Internet Bank of Indiana 8701 E. 116 Street Fishers, IN 46038** | | **Credit Card** | | | | **$20,000.00** |
| **First Internet Bank of Indiana(SBA) 8701 E. 116th Street Fishers, IN 46038** | | **Loan** | | **$783,461.00** | **$0.00** | **$783,461.00** |
| **First Internet Bank of Indiana(SBA) 8701 E. 116th Street Fishers, IN 46038** | | **Loan** | | **$357,316.00** | **$11,735.00** | **$345,581.00** |
| **Fora Financial West, LLC 1385 Broadway, 15th Floor New York, NY 10018** | | **Loan** | **Disputed** | | | **$246,000.00** |
| **Ink Chase Credit P.O. Box 15123 Wilmington, DE 19850-5123** | | **Credit Card** | | | | **$40,731.20** |

Debtor   **United Property Maintenance Corporation**                                    Case number *(if known)* _____
        Name

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **San Diego County Credit Union P.O. Box 269040 San Diego, CA 92196** | | **RAM Truck Loan** | **Contingent Unliquidated** | | | **$17,352.06** |
| **San Diego County Credit Union P.O. Box 269040 San Diego, CA 92196** | | **Car Loan - Honda Van** | | **$35,000.00** | **$19,000.00** | **$16,000.00** |
| **TD Auto Finance 16039 Mailstop ME2-074-0176 6 Atlantis Way Lewiston, ME 04240** | | **Car Loan - Tesla Model 3 / 2024** | | **$37,672.61** | **$25,482.00** | **$12,190.61** |
| **US Bank P.O. Box 2188 Oshkosh, WI 54903-2188** | | **Credit Card** | **Contingent Unliquidated** | | | **$36,219.24** |
| **US Bank P.O. Box 2188 Oshkosh, WI 54903-2188** | | **Car Loan - RAM Truck 7795** | | **$13,000.00** | **$9,981.00** | **$3,019.00** |
| **WebBank c/o QuickBooks Capital P.O. Box 842978 Dallas, TX 75284-2978** | | **Loan** | **Contingent Unliquidated** | | | **$125,000.00** |

## United States Bankruptcy Court
### Central District of California

In re    **United Property Maintenance Corporation**                                        Case No.
                                            Debtor(s)                        Chapter        **11**

### LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with rule 1007(a)(3) for filing in this Chapter 11 Case

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
| --- | --- | --- | --- |
| **Michael Speltz**<br>**4 Pomegranate Street**<br>**Ladera Ranch, CA 92694** | | | **100%** |

### DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

    I, the **President** of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date    **August 11, 2025**                          Signature

                                                          **Michael Speltz**

*Penalty for making a false statement of concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

Sheet 1 of 1 in List of Equity Security Holders

## STATEMENT OF RELATED CASES
## INFORMATION REQUIRED BY LBR 1015-2
## UNITED STATES BANKRUPTCY COURT, CENTRAL DISTRICT OF CALIFORNIA

1.  A petition under the Bankruptcy Act of 1898 or the Bankruptcy Reform Act of 1978 has previously been filed by or against the debtor, his/her spouse, his or her current or former domestic partner, an affiliate of the debtor, any copartnership or joint venture of which debtor is or formerly was a general or limited partner, or member, or any corporation of which the debtor is a director, officer, or person in control, as follows: (Set forth the complete number and title of each such prior proceeding, date filed, nature thereof, the Bankruptcy Judge and court to whom assigned, whether still pending and, if not, the disposition thereof. If none, so indicate. Also, list any real property included in Schedule A/B that was filed with any such prior proceeding(s).)

**None**

2.  (If petitioner is a partnership or joint venture) A petition under the Bankruptcy Act of 1898 or the Bankruptcy Reform Act of 1978 has previously been filed by or against the debtor or an affiliate of the debtor, or a general partner in the debtor, a relative of the general partner, general partner of, or person in control of the debtor, partnership in which the debtor is a general partner, general partner of the debtor, or person in control of the debtor as follows: (Set forth the complete number and title of each such prior proceeding, date filed, nature of the proceeding, the Bankruptcy Judge and court to whom assigned, whether still pending and, if not, the disposition thereof. If none, so indicate. Also, list any real property included in Schedule A/B that was filed with any such prior proceeding(s).)

**None**

3.  (If petitioner is a corporation) A petition under the Bankruptcy Act of 1898 or the Bankruptcy Reform Act of 1978 has previously been filed by or against the debtor, or any of its affiliates or subsidiaries, a director of the debtor, an officer of the debtor, a person in control of the debtor, a partnership in which the debtor is general partner, a general partner of the debtor, a relative of the general partner, director, officer, or person in control of the debtor, or any persons, firms or corporations owning 20% or more of its voting stock as follows: (Set forth the complete number and title of each such prior proceeding, date filed, nature of proceeding, the Bankruptcy Judge and court to whom assigned, whether still pending, and if not, the disposition thereof. If none, so indicate. Also, list any real property included in Schedule A/B that was filed with any such prior proceeding(s).)

**None**

4.  (If petitioner is an individual) A petition under the Bankruptcy Reform Act of 1978, including amendments thereof, has been filed by or against the debtor within the last 180 days: (Set forth the complete number and title of each such prior proceeding, date filed, nature of proceeding, the Bankruptcy Judge and court to whom assigned, whether still pending, and if not, the disposition thereof. If none, so indicate. Also, list any real property included in Schedule A/B that was filed with any such prior proceeding(s).)

**None**

I declare, under penalty of perjury, that the foregoing is true and correct.

Executed at _____San Diego_____ , California.

Date:    **August 11, 2025**

**Michael Speltz**
Signature of Debtor 1


Signature of Debtor 2

---

This form is mandatory. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

*October 2018*                    Page 1                    **F 1015-2.1.STMT.RELATED.CASES**

8/10/25 11:33PM

**Fill in this information to identify the case:**

Debtor name    **United Property Maintenance Corporation**

United States Bankruptcy Court for the:    CENTRAL DISTRICT OF CALIFORNIA

Case number (if known)  _____

☐ Check if this is an
amended filing

## Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals                           12/15

Part 1:    **Summary of Assets**

1.    *Schedule A/B: Assets-Real and Personal Property* (Official Form 206A/B)

    1a. **Real property:**
    Copy line 88 from *Schedule A/B*...........................................................................    $ _____ **0.00**

    1b. **Total personal property:**
    Copy line 91A from *Schedule A/B*........................................................................    $ _____ **490,779.65**

    1c. **Total of all property:**
    Copy line 92 from *Schedule A/B*..........................................................................    $ _____ **490,779.65**

Part 2:    **Summary of Liabilities**

2.    *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
    Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*...................    $ _____ **1,938,714.61**

3.    *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

    3a. **Total claim amounts of priority unsecured claims:**
    Copy the total claims from Part 1 from line 5a of *Schedule E/F*............................................    $ _____ **0.00**

    3b. **Total amount of claims of nonpriority amount of unsecured claims:**
    Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*..............................    +$ _____ **1,724,714.69** **

4.    **Total liabilities** ...................................................................................................
    Lines 2 + 3a + 3b                                          $ _____ **2,271,035.24**

**This amount includes duplicates from Schedule D in the amount of $1,392,394.06. Total liabilities have been adjusted
to the correct amount.

8/10/25 11:33PM

**Fill in this information to identify the case:**

Debtor name    **United Property Maintenance Corporation**

United States Bankruptcy Court for the:    CENTRAL DISTRICT OF CALIFORNIA

Case number (if known) _____

☐ Check if this is an
amended filing

# Official Form 206A/B
# Schedule A/B: Assets - Real and Personal Property    12/15

*Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on Schedule G: Executory Contracts and Unexpired Leases (Official Form 206G).*

*Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.*

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

**Part 1:    Cash and cash equivalents**

1. **Does the debtor have any cash or cash equivalents?**

☐ No.  Go to Part 2.
■ Yes Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | Current value of debtor's interest |
|---|---|
| 2.    **Cash on hand** | **$0.00** |

3.    **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*
Name of institution (bank or brokerage firm)          Type of account          Last 4 digits of account number

| 3.1. | **Primary checking as of 7/28/2025** | **Checking** | | **$142,000.00** |
|---|---|---|---|---|

4.    **Other cash equivalents** *(Identify all)*

5.    **Total of Part 1.**
Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

| **$142,000.00** |
|---|

**Part 2:    Deposits and Prepayments**

6. **Does the debtor have any deposits or prepayments?**

■ No.  Go to Part 3.
☐ Yes Fill in the information below.

**Part 3:    Accounts receivable**

10. **Does the debtor have any accounts receivable?**

☐ No.  Go to Part 4.
■ Yes Fill in the information below.

11.    **Accounts receivable**

Debtor **United Property Maintenance Corporation**          Case number *(If known)* _____
Name

| 11a. 90 days old or less: | 32,107.49 | - | 0.00 | = .... | $32,107.49 |
|---|---|---|---|---|---|
| | face amount | | doubtful or uncollectible accounts | | |

| 11a. 90 days old or less: | 26,485.91 | - | 0.00 | = .... | $26,485.91 |
|---|---|---|---|---|---|
| | face amount | | doubtful or uncollectible accounts | | |

| 11a. 90 days old or less: | 13,602.11 | - | 0.00 | = .... | $13,602.11 |
|---|---|---|---|---|---|
| | face amount | | doubtful or uncollectible accounts | | |

| 11a. 90 days old or less: | 13,764.19 | - | 0.00 | = .... | $13,764.19 |
|---|---|---|---|---|---|
| | face amount | | doubtful or uncollectible accounts | | |

| 11a. 90 days old or less: | 54,240.95 | - | 0.00 | = .... | $54,240.95 |
|---|---|---|---|---|---|
| | face amount | | doubtful or uncollectible accounts | | |

12. **Total of Part 3.**
    Current value on lines 11a + 11b = line 12.  Copy the total to line 82.          | $140,200.65 |

**Part 4:    Investments**

13. **Does the debtor own any investments?**

☑ No.  Go to Part 5.
☐ Yes Fill in the information below.

**Part 5:    Inventory, excluding agriculture assets**

18. **Does the debtor own any inventory (excluding agriculture assets)?**

☐ No.  Go to Part 6.
☑ Yes Fill in the information below.

| General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 19. **Raw materials** | | | | |
| 20. **Work in progress** | | | | |
| 21. **Finished goods, including goods held for resale** | | | | |
| 22. **Other inventory or supplies**
**Supplies.** | | | **Estimated Value** | $1,000.00 |

23. **Total of Part 5.**
    Add lines 19 through 22.  Copy the total to line 84.          | $1,000.00 |

24. **Is any of the property listed in Part 5 perishable?**
☑ No
☐ Yes

25. **Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**

Debtor  **United Property Maintenance Corporation**                    Case number *(If known)* _____
        Name

■ No
☐ Yes. Book value _____    Valuation method _____    Current Value _____

26.    **Has any of the property listed in Part 5 been appraised by a professional within the last year?**
       ■ No
       ☐ Yes

| Part 6: | Farming and fishing-related assets (other than titled motor vehicles and land) |
|---|---|

27. **Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

   ■ No.  Go to Part 7.
   ☐ Yes Fill in the information below.

| Part 7: | Office furniture, fixtures, and equipment; and collectibles |
|---|---|

38. **Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

   ☐ No.  Go to Part 8.
   ■ Yes Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 39. **Office furniture**<br>**6 desks and 10 chairs.** | | **Liquidation** | **$150.00** |
| 40. **Office fixtures**<br>**Miscellaneous.** | | **Liquidation** | **$150.00** |
| 41. **Office equipment, including all computer equipment and communication systems equipment and software**<br>**8 Computers; 3 Printers and miscellaenous.** | | **Liquidation** | **$5,000.00** |

42.    **Collectibles** *Examples*: Antiques and figurines; paintings, prints, or other artwork;
       books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card
       collections; other collections, memorabilia, or collectibles

43.    **Total of Part 7.**                                                          | **$5,300.00** |
       Add lines 39 through 42.  Copy the total to line 86.

44.    **Is a depreciation schedule available for any of the property listed in Part 7?**
       ■ No
       ☐ Yes

45.    **Has any of the property listed in Part 7 been appraised by a professional within the last year?**
       ■ No
       ☐ Yes

| Part 8: | Machinery, equipment, and vehicles |
|---|---|

46. **Does the debtor own or lease any machinery, equipment, or vehicles?**

   ☐ No.  Go to Part 9.
   ■ Yes Fill in the information below.

| Debtor | **United Property Maintenance Corporation** | Case number *(If known)* | |
|---|---|---|---|
| | Name | | |

| General description<br>Include year, make, model, and identification numbers<br>(i.e., VIN, HIN, or N-number) | Net book value of<br>debtor's interest<br>(Where available) | Valuation method used<br>for current value | Current value of<br>debtor's interest |
|---|---|---|---|
| **47.** **Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles** | | | |
| 47.1.  **Chev 350 Cargo / 2003 Ford Van - VIN# 1FTRE14WX3HB34467 - First Perfected Security Interest, subject to no other liens - SBA Loan # PLP 27008291-05** | | Kelley Blue Book | $2,103.00 |
| 47.2.  **Chev 360 Cargo / 2012 - Chev ZZ Van - VIN# 1GCWGGFA8C1134719 - First Perfected Security Interest, subject to no other liens - SBA Loan # PLP 27008291-05** | | Kelley Blue Book | $4,095.00 |
| 47.3.  **Chev Van / 2005 - GMC ZV Van - VIN# 1GTHG39U051241080 - First Perfected Security Interest, subject to no other liens - SBA Loan # PLP 27008291-05** | | Kelley Blue Book | $2,323.00 |
| 47.4.  **Chevy Van / 2011 - Chevrolet Express 2500, VIN# 1GCWGFCA3B1178673 - First Perfected Security Interest, subject to no other liens - SBA Loan # 6274619106** | | Kelley Blue Book | $7,200.00 |
| 47.5.  **Chev Van / 2016 - Chevrolet Express 2500, VIN#: 1GCWGAFF8G1201575 - First Perfected Security Interest, subject to no other liens - SBA Loan #6274619106** | | Kelley Blue Book | $12,000.00 |
| 47.6.  **Ford E250 Cargo / 2008 Ford ZV Van - VIN# 1FTNS24W58DA69331 - First Perfected Security Interest, subject to no other liens - SBA Loan # PLP 27008291-05** | | Kelley Blue Book | $3,093.00 |
| 47.7.  **Ford I.E. E250 Cargo 2009 - Ford ZW Van - VIN# 1FTSS34L99DA49275 - - First Perfected Security Interest, subject to no other liens - SBA Loan # PLP 27008291-05** | | Kelley Blue Book | $5,116.00 |
| 47.8.  **Ford Transit Van 2016 - Ford Transit 150, VIN: 1FTYE1ZM5GKB18334 - First Perfected Security Interest, subject to no other liens - SBA Loan #6274619106** | | Kelley Blue Book | $10,000.00 |

| Debtor | **United Property Maintenance Corporation** | Case number *(if known)* | |
| | Name | | |

| | | | |
|---|---|---|---|
| 47.9. | **GMC 250 Cargo / 2006 GMC ZV Van - VIN# 1GTGG25V861219916 - First Perfected Security Interest, subject to no other liens - SBA Loan # PLP 27008291-05** | Kelley Blue Book | **$2,541.00** |
| 47.10. | **GMC 350 Cargo / 2005 - VIN: 1GCGG25U651138113** | Kelley Blue Book | **$2,796.00** |
| 47.11. | **GMC Van / 1998 - VIN: 1GTHG39R1W1094281** | Kelley Blue Book | **$1,438.00** |
| 47.12. | **RAM 1500 Pickup / 2017 - VIN: 1C6RR6FG3HS639064** | Kelley Blue Book | **$9,981.00** |
| 47.13. | **Tesla Model 3 / 2020 - Company vehicle in title of Mike Speltz. VIN: 5YJ3E1EB3LF637050** | Kelley Blue Book | **$16,713.00** |
| 47.14. | **Tesla Model 3 / 2024 - Company vehicle in title of Mike Speltz. VIN: 5YJ3E1EB1RF819161** | Kelley Blue Book | **$25,482.00** |
| 47.15. | **Trailer Hallmark / 2012 Hallmark 20' Enclosed Trainer, VIN# 16HGB202XCA040372 - First Perfected Security Interest, subject to no other liens - SBA Loan #6274619106** | Kelley Blue Book | **$5,250.00** |
| 47.16. | **2004 Ford ZV Van - VIN# 1FTSS34LX4HB11185 - First Perfected Security Interest, subject to no other liens - SBA Loan # PLP 27008291-05** | Kelley Blue Book | **$9,197.00** |
| 47.17. | **2012 Chev ZZ Van - VIN# 1GCWGGFA8C1134719 - First Perfected Security Interest, subject to no other liens - SBA Loan # PLP 27008291-05** | Kelley Blue Book | **$7,284.00** |
| 47.18. | **2003 Chev ZX Van - VIN# 1GCHG29U331114515 - First Perfected Security Interest, subject to no other liens - SBA Loan # PLP 27008291-05** | Kelley Blue Book | **$3,726.00** |
| 47.19. | **2004 Chev ZV Van - VIN# 1GCHG35U341176178 - First Perfected Security Interest, subject to no other liens - SBA Loan # PLP 27008291-05 - Non-Operating** | Estimated Value | **$0.00** |

| Debtor | **United Property Maintenance Corporation** | Case number *(If known)* | |
|---|---|---|---|
| | Name | | |

| | | | | |
|---|---|---|---|---|
| 47.20. | **Honda Van ("Van") - Title of Van is in the name of Mike Speltz.  Van can be occassionally used for business as needed.** | | **Kelley Blue Book** | **$19,000.00** |
| 47.21. | **2006 Ford Econoline Super Duty E350 VIN: 1FTSS34L46HA42030** | | **Kelley Blue Book** | **$2,541.00** |

| | | |
|---|---|---|
| 48. | **Watercraft, trailers, motors, and related accessories** *Examples:* Boats, trailers, motors, floating homes, personal watercraft, and fishing vessels | |
| 49. | **Aircraft and accessories** | |
| 50. | **Other machinery, fixtures, and equipment (excluding farm machinery and equipment)** **Equipment used in operation of business. No current inventory available at this time. Estimated combined equipment valued approximately as follows: 10 air scrubbers - $5,000; 50 dehumidifiers - $25,000; 100 air movers - $5,000; 30 blowers - $1,500; 8 carpet wands - $400; Miscellaneous specialized equipment Omega sonic - $5,000; Dragon heater - $2,500; Miscellaneous small tools - $5,000.** | **Liquidation**    **$49,400.00** |

| | | |
|---|---|---|
| 51. | **Total of Part 8.** Add lines 47 through 50.  Copy the total to line 87. | **$201,279.00** |

52. **Is a depreciation schedule available for any of the property listed in Part 8?**

■ No
☐ Yes

53. **Has any of the property listed in Part 8 been appraised by a professional within the last year?**

■ No
☐ Yes

<span style="background:black;color:white">Part 9:</span>    **Real property**

**54. Does the debtor own or lease any real property?**

■ No.  Go to Part 10.
☐ Yes Fill in the information below.

<span style="background:black;color:white">Part 10:</span>    **Intangibles and intellectual property**

**59. Does the debtor have any interests in intangibles or intellectual property?**

☐ No.  Go to Part 11.
■ Yes Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|

| | |
|---|---|
| 60. | **Patents, copyrights, trademarks, and trade secrets** |
| 61. | **Internet domain names and websites** |

Debtor    **United Property Maintenance Corporation**                    Case number *(If known)* _____
         Name

         CaliforniaConstructionSuperior.com _____    _____    _____    **$1,000.00**

62.    **Licenses, franchises, and royalties**

63.    **Customer lists, mailing lists, or other compilations**
       **Maintain names and addresses for billing.** _____    _____    _____    **Unknown**

64.    **Other intangibles, or intellectual property**

65.    **Goodwill**

66.    **Total of Part 10.**                                                | **$1,000.00** |
       Add lines 60 through 65. Copy the total to line 89.

67.    **Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C.§§ 101(41A) and 107**?**
       ■ No
       ☐ Yes

68.    **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**
       ■ No
       ☐ Yes

69.    **Has any of the property listed in Part 10 been appraised by a professional within the last year?**
       ■ No
       ☐ Yes

**Part 11:**    **All other assets**

70. **Does the debtor own any other assets that have not yet been reported on this form?**
    Include all interests in executory contracts and unexpired leases not previously reported on this form.

    ■ No.  Go to Part 12.
    ☐ Yes Fill in the information below.

Debtor   **United Property Maintenance Corporation**
Name

Case number *(If known)* _____

| Part 12: | Summary |
|---|---|

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $142,000.00 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $0.00 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $140,200.65 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $1,000.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $5,300.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $201,279.00 | |
| 88. **Real property.** *Copy line 56, Part 9*......................................................................> | | $0.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $1,000.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $0.00 | |
| 91. **Total.** Add lines 80 through 90 for each column | $490,779.65 + 91b. | $0.00 |
| 92. **Total of all property on Schedule A/B.** Add lines 91a+91b=92 | | $490,779.65 |

Fill in this information to identify the case:

Debtor name __**United Property Maintenance Corporation**_____

United States Bankruptcy Court for the: __CENTRAL DISTRICT OF CALIFORNIA_____

Case number (if known) _____

☐ Check if this is an
amended filing

## Official Form 206D
## Schedule D: Creditors Who Have Claims Secured by Property    12/15

Be as complete and accurate as possible.

**1. Do any creditors have claims secured by debtor's property?**

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

■ Yes. Fill in all of the information below.

**Part 1:    List Creditors Who Have Secured Claims**

2. **List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | | Column A<br>**Amount of claim**<br><br>Do not deduct the value of collateral. | Column B<br>**Value of collateral that supports this claim** |
|---|---|---|---|
| **2.1** **California Construction Superior**<br>Creditor's Name<br>**Corp**<br>**8451 Miralani Dr., Ste. E**<br>**San Diego, CA 92126**<br>Creditor's mailing address | **Describe debtor's property that is subject to a lien**<br>**None.** | **$0.00** | **$0.00** |

Creditor's email address, if known

Describe the lien
**UCC 1**

Is the creditor an insider or related party?

■ No
☐ Yes

Is anyone else liable on this claim?

■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

Date debt was incurred

Last 4 digits of account number
**6218**

Do multiple creditors have an interest in the same property?

■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

As of the petition filing date, the claim is:
Check all that apply
☐ Contingent
☐ Unliquidated
■ Disputed

| | | | |
|---|---|---|---|
| **2.2** **Chase Auto Finance**<br>Creditor's Name<br><br>**PO Box 78101**<br>**Phoenix, AZ 85062**<br>Creditor's mailing address | **Describe debtor's property that is subject to a lien**<br>**Tesla Model 3 / 2020 - Company vehicle in title of Mike Speltz. VIN: 5YJ3E1EB3LF637050** | **$28,000.00** | **$16,713.00** |

Describe the lien

Is the creditor an insider or related party?

■ No
☐ Yes

Creditor's email address, if known

Is anyone else liable on this claim?

■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

Date debt was incurred

Last 4 digits of account number

Do multiple creditors have an interest in the same property?

As of the petition filing date, the claim is:
Check all that apply

Debtor    **United Property Maintenance Corporation**
Name

Case number (if known) _____

☑ No
☐ Yes. Specify each creditor,
including this creditor and its relative
priority.

☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.3 | **First Internet Bank of Indiana(SBA)** | | | $438,265.00 | $450,000.00 |
|---|---|---|---|---|---|

Creditor's Name

**8701 E. 116th Street**
**Fishers, IN 46038**

Creditor's mailing address

Creditor's email address, if known

**Describe debtor's property that is subject to a lien**
**All assets.**

**Describe the lien**
**UCC 1 / SBA Loan**

**Is the creditor an insider or related party?**
☑ No
☐ Yes

Date debt was incurred
**January 21, 2022**
Last 4 digits of account number
**5930**

**Is anyone else liable on this claim?**
☐ No
☑ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

Do multiple creditors have an
interest in the same property?
☑ No
☐ Yes. Specify each creditor,
including this creditor and its
priority.

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.4 | **First Internet Bank of Indiana(SBA)** | | | $783,461.00 | $0.00 |
|---|---|---|---|---|---|

Creditor's Name

**8701 E. 116th Street**
**Fishers, IN 46038**

Creditor's mailing address

Creditor's email address, if known

**Describe debtor's property that is subject to a lien**
**All assets**

**Describe the lien**
**UCC 1 / SBA Loan**

**Is the creditor an insider or related party?**
☑ No
☐ Yes

Date debt was incurred
**September 27, 2024**
Last 4 digits of account number
**4331**

**Is anyone else liable on this claim?**
☐ No
☑ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

Do multiple creditors have an
interest in the same property?
☑ No
☐ Yes. Specify each creditor,
including this creditor and its relative
priority.

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.5 | **First Internet Bank of Indiana(SBA)** | | | $357,316.00 | $11,735.00 |
|---|---|---|---|---|---|

Creditor's Name

**8701 E. 116th Street**
**Fishers, IN 46038**

Creditor's mailing address

**Describe debtor's property that is subject to a lien**
**All assets**

**Describe the lien**
**UCC 1 / SBA Loan**

---

Debtor    **United Property Maintenance Corporation**    Case number (if known) _____
_____Name_____

| | |
|---|---|
| _____<br>Creditor's email address, if known | **Is the creditor an insider or related party?**<br>■ No<br>☐ Yes |
| **Date debt was incurred**<br>**January 21, 2022** | **Is anyone else liable on this claim?**<br>☐ No<br>■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H) |
| **Last 4 digits of account number**<br>**7732** | |
| **Do multiple creditors have an interest in the same property?**<br>■ No<br>☐ Yes. Specify each creditor, including this creditor and its relative priority. | **As of the petition filing date, the claim is:**<br>Check all that apply<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |

---

| 2.6 | **Fora Financial West, LLC** | Describe debtor's property that is subject to a lien | $246,000.00 | $0.00 |
|---|---|---|---|---|

| | |
|---|---|
| _____Creditor's Name_____ | **All assets.** |
| **1385 Broadway, 15th Floor**<br>**New York, NY 10018**<br>_____Creditor's mailing address_____ | _____<br>**Describe the lien**<br>**UCC 1** |
| | **Is the creditor an insider or related party?**<br>■ No<br>☐ Yes |
| _____<br>Creditor's email address, if known | **Is anyone else liable on this claim?**<br>☐ No<br>■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H) |
| **Date debt was incurred**<br>**May 30, 2025** | |
| **Last 4 digits of account number**<br>**1428** | |
| **Do multiple creditors have an interest in the same property?**<br>■ No<br>☐ Yes. Specify each creditor, including this creditor and its relative priority. | **As of the petition filing date, the claim is:**<br>Check all that apply<br>☐ Contingent<br>☐ Unliquidated<br>■ Disputed |

---

| 2.7 | **San Diego County Credit Union** | Describe debtor's property that is subject to a lien | $35,000.00 | $19,000.00 |
|---|---|---|---|---|

| | |
|---|---|
| _____Creditor's Name_____ | **Honda Van ("Van") - Title of Van is in the name of Mike Speltz. Van can be occasionally used for business as needed.** |
| **P.O. Box 269040**<br>**San Diego, CA 92196**<br>_____Creditor's mailing address_____ | _____<br>**Describe the lien** |
| | **Is the creditor an insider or related party?**<br>■ No<br>☐ Yes |
| _____<br>Creditor's email address, if known | **Is anyone else liable on this claim?**<br>■ No<br>☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H) |
| **Date debt was incurred** | |
| **Last 4 digits of account number**<br>**8265** | |
| **Do multiple creditors have an interest in the same property?**<br>■ No<br>☐ Yes. Specify each creditor, including this creditor and its relative priority. | **As of the petition filing date, the claim is:**<br>Check all that apply<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |

---

| Debtor | United Property Maintenance Corporation | Case number (if known) |
|--------|------------------------------------------|------------------------|
| | Name | |

---

**2.8** | **TD Auto Finance**
Creditor's Name

| | Describe debtor's property that is subject to a lien | $37,672.61 | $25,482.00 |

**16039 Mailstop
ME2-074-0176
6 Atlantis Way
Lewiston, ME 04240**
Creditor's mailing address

**Tesla Model 3 / 2024 - Company vehicle in title of Mike Speltz. VIN: 5YJ3E1EB1RF819161**

**Describe the lien**
**Auto Loan**

**Is the creditor an insider or related party?**
■ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

---

**2.9** | **US Bank**
Creditor's Name

| | Describe debtor's property that is subject to a lien | $13,000.00 | $9,981.00 |

**P.O. Box 2188
Oshkosh, WI 54903-2188**
Creditor's mailing address

**RAM 1500 Pickup / 2017 - VIN: 1C6RR6FG3HS639064**

**Describe the lien**
**Automobile Loan**

**Is the creditor an insider or related party?**
■ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
☐ No
■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**
**7795**

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

---

3. | Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any. | $1,938,714.61 |

---

**Part 2:** | **List Others to Be Notified for a Debt Already Listed in Part 1**

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|------------------|----------------------------------------------------------|------------------------------------------------|
| **Corpsmart
106 5th Avenue SE
Olympia, WA 98501** | Line **2.3** | **4331** |

---

8/10/25 11:33PM

| Debtor | **United Property Maintenance Corporation** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| | | | |
|---|---|---|---|
| **First Internet Bank of Indiana**<br>**11210 USA Parkway**<br>**Fishers, IN 46037** | Line __2.3__ | | **9105** |
| **U.S. Small Business Administration**<br>**(SBA) - Fresno District Office**<br>**801 R. Street, Suite 201**<br>**Fresno, CA 93721** | Line __2.3__ | | **9105** |
| **Warranty Escrow**<br>**3150 Pio Pico Dr., #101**<br>**Carlsbad, CA 92008** | Line __2.1__ | | **6218** |

**Fill in this information to identify the case:**

Debtor name  __United Property Maintenance Corporation__

United States Bankruptcy Court for the:  __CENTRAL DISTRICT OF CALIFORNIA__

Case number (if known)  _____

☐ Check if this is an
amended filing

## Official Form 206E/F
## Schedule E/F: Creditors Who Have Unsecured Claims
12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims.
List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and
Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and
2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1:  List All Creditors with PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

   ☑ No. Go to Part 2.

   ☐ Yes. Go to line 2.

### Part 2:  List All Creditors with NONPRIORITY Unsecured Claims

3. **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill
   out and attach the Additional Page of Part 2.

|  |  | Amount of claim |
|---|---|---|

| 3.1 | **Nonpriority creditor's name and mailing address**<br>**American Express - Gold**<br>**P.O. Box 96001**<br>**Los Angeles, CA 90096-8000**<br><br>Date(s) debt was incurred _<br><br>Last 4 digits of account number  __2009__ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim:  __Credit Card__<br><br>Is the claim subject to offset? ☑ No ☐ Yes | **$71,285.83** |
| 3.2 | **Nonpriority creditor's name and mailing address**<br>**American Express - Platinum**<br>**P.O. Box 96001**<br>**Los Angeles, CA 90096-8000**<br><br>Date(s) debt was incurred _<br><br>Last 4 digits of account number  __2003__ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim:  __Credit Card__<br><br>Is the claim subject to offset? ☑ No ☐ Yes | **$39,084.36** |
| 3.3 | **Nonpriority creditor's name and mailing address**<br>**Basem Sabatini**<br>**President/CEO of California**<br>**Construction Superior Corp.**<br>**17030 Matinal Road**<br>**San Diego, CA 92127**<br><br>Date(s) debt was incurred _<br><br>Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☑ Disputed<br><br>Basis for the claim:  __FOR NOTICE PURPOSES ONLY__<br><br>Is the claim subject to offset? ☑ No ☐ Yes | **$0.00** |
| 3.4 | **Nonpriority creditor's name and mailing address**<br>**California Construction Superior**<br>**Corp**<br>**8451 Miralani Dr., Ste. E**<br>**San Diego, CA 92126**<br><br>Date(s) debt was incurred _<br><br>Last 4 digits of account number  __6218__ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☑ Disputed<br><br>Basis for the claim:  __None / Release Signed - Any unsecured portion of loan.__<br><br>Is the claim subject to offset? ☑ No ☐ Yes | **$0.00** |

45823

| Debtor | **United Property Maintenance Corporation** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.5** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

**Employment Development Department
Bankruptcy Group MIC 92E
P.O. Box 826880
Sacramento, CA 94280-0001**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **NOTICE PURPOSES**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.6** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$20,000.00**

**First Internet Bank of Indiana
8701 E. 116 Street
Fishers, IN 46038**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Credit Card**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.7** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$345,581.00**

**First Internet Bank of Indiana(SBA)
8701 E. 116th Street
Fishers, IN 46038**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred  **January 21, 2022**

Last 4 digits of account number  **7732**

Basis for the claim:  **Loan.**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.8** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$783,461.00**

**First Internet Bank of Indiana(SBA)
8701 E. 116th Street
Fishers, IN 46038**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred  **September 27, 2024**

Last 4 digits of account number  **4331**

Basis for the claim:  **Loan**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.9** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$246,000.00**

**Fora Financial West, LLC
1385 Broadway, 15th Floor
New York, NY 10018**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred  **May 30, 2025**

Last 4 digits of account number  **1428**

Basis for the claim:  **Loan**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.10** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

**Franchise Tax Board Bankruptcy
Section, MS: A-340
P.O, Box 2952
Sacramento, CA 95812-2952**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Notice Purposes**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.11** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

**Hector Ruelas
965 E. Lincoln Avenue
Escondido, CA 92026**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Current Employee - Notice Purposes**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | United Property Maintenance Corporation | Case number (if known) | |
|---|---|---|---|
| | Name | | |

### 3.12

**Nonpriority creditor's name and mailing address**

**Ink Chase Credit**
P.O. Box 15123
Wilmington, DE 19850-5123

Date(s) debt was incurred  **9/18/22 to 8/1/22**

Last 4 digits of account number  **6323**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Credit Card**

Is the claim subject to offset? ■ No  ☐ Yes

**$40,731.20**

---

### 3.13

**Nonpriority creditor's name and mailing address**

**Internal Revenue Service**
P.O. Box 7346
Philadelphia, PA 19101-7346

Date(s) debt was incurred  _

Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Notice Purposes**

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

### 3.14

**Nonpriority creditor's name and mailing address**

**Jacob Langkilde**
539 Avenida Blanco
San Marcos, CA 92069

Date(s) debt was incurred  _

Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Current Employee - Notice Purposes**

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

### 3.15

**Nonpriority creditor's name and mailing address**

**Jaime Vargas**
5503 Amanda Street
San Diego, CA 92114

Date(s) debt was incurred  _

Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Current Employee - Notice Purposes**

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

### 3.16

**Nonpriority creditor's name and mailing address**

**Jeffrey Agee**
8746 Vanguard Place
Lakeside, CA 92040

Date(s) debt was incurred  _

Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Current employee - Notice Purposes**

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

### 3.17

**Nonpriority creditor's name and mailing address**

**Jesse Viramontes**
8763 Graves Avenue
Santee, CA 92071

Date(s) debt was incurred  _

Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Current employee - Notice Purposes**

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

### 3.18

**Nonpriority creditor's name and mailing address**

**Juan Crespin**
3822 Crestone Place
San Diego, CA 92130

Date(s) debt was incurred  _

Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Current employee - Notice Purposes**

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

| Debtor | United Property Maintenance Corporation | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.19**

Nonpriority creditor's name and mailing address

Julia Rhodes
10910 Glencreek Circle
San Diego, CA 92131

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*    $0.00

☑ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Current employee - Notice Purposes**

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.20**

Nonpriority creditor's name and mailing address

Luis Roman Macias
2001 Hartwright Road, Unit 21
Vista, CA 92083

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*    $0.00

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Current Employee - Notice Purposes**

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.21**

Nonpriority creditor's name and mailing address

Marco Antonio Diaz
1935 Avenida Del Mexico #146
San Diego, CA 92154

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*    $0.00

☑ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Current employee - Notice Purposes**

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.22**

Nonpriority creditor's name and mailing address

Michael Speltz
4 Pomegranate Street
Ladera Ranch, CA 92694

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*    $0.00

☑ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Insider - Notice Purposes**

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.23**

Nonpriority creditor's name and mailing address

Oscar Ramos
1148 Kenalan Drive
San Diego, CA 92154

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*    $0.00

☑ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Current employee - Notice Purposes**

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.24**

Nonpriority creditor's name and mailing address

R.J. Land Co., L.P., a California
limited partnership
8799 Balboa Avenue, Suite 260
San Diego, CA 92123

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*    $0.00

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warehouse Landlord Lease - Account is Current**

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.25**

Nonpriority creditor's name and mailing address

San Diego County Credit Union
P.O. Box 269040
San Diego, CA 92196

Date(s) debt was incurred __

Last 4 digits of account number  **8265**

As of the petition filing date, the claim is: *Check all that apply.*    $17,352.06

☑ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim:  **RAM Truck Loan**

Is the claim subject to offset? ☑ No ☐ Yes

---

| Debtor | **United Property Maintenance Corporation** | Case number *(if known)* |
|---|---|---|
| | Name | |

**3.26**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|
| **SBA Desk Officer**<br>**Office of Management and Budget**<br>**New Executive Office Building**<br>**Room 10202**<br>**Washington, DC 20503** | ■ Contingent<br>■ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred __ | Basis for the claim:  **NOTICE PURPOSES** | |
| Last 4 digits of account number __ | Is the claim subject to offset? ■ No  ☐ Yes | |

**3.27**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|
| **State Board of Equalization**<br>**Special Operations BK Team, MIC:74**<br>**P.O. Box 942879**<br>**Sacramento, CA 94279** | ■ Contingent<br>■ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred __ | Basis for the claim:  **Notice Purposes** | |
| Last 4 digits of account number __ | Is the claim subject to offset? ■ No  ☐ Yes | |

**3.28**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|
| **Steven Leroy Rader**<br>**16919 Highway 67**<br>**CA 92965** | ■ Contingent<br>■ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred __ | Basis for the claim:  **Current Employee - Notice Purposes** | |
| Last 4 digits of account number __ | Is the claim subject to offset? ■ No  ☐ Yes | |

**3.29**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|
| **United States Small Admimistration**<br>**Office of General Counsel**<br>**312 North Spring Street, 5th Floor**<br>**Los Angeles, CA 90012** | ☐ Contingent<br>■ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred __ | Basis for the claim:  **Notice Purposes** | |
| Last 4 digits of account number __ | Is the claim subject to offset? ■ No  ☐ Yes | |

**3.30**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $36,219.24 |
|---|---|---|
| **US Bank**<br>**P.O. Box 2188**<br>**Oshkosh, WI 54903-2188** | ■ Contingent<br>■ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred __ | Basis for the claim:  **Credit Card** | |
| Last 4 digits of account number  **9851** | Is the claim subject to offset? ■ No  ☐ Yes | |

**3.31**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $125,000.00 |
|---|---|---|
| **WebBank c/o QuickBooks Capital**<br>**P.O. Box 842978**<br>**Dallas, TX 75284-2978** | ■ Contingent<br>■ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred __ | Basis for the claim:  **Loan** | |
| Last 4 digits of account number  **f070** | Is the claim subject to offset? ■ No  ☐ Yes | |

---

**Part 3:**    **List Others to Be Notified About Unsecured Claims**

**4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.** Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

**If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.**

| Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|
| | | |

| Debtor | **United Property Maintenance Corporation** | Case number (if known) | |
| | Name | | |

| | Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.1 | **Warranty Escrow**<br>**3150 Pio Pico Dr., #101**<br>**Carlsbad, CA 92008** | Line  **3.4** <br><br>☐  Not listed. Explain ____ | **6218** |

| Part 4: | Total Amounts of the Priority and Nonpriority Unsecured Claims |

**5.** Add the amounts of priority and nonpriority unsecured claims.

| | | | Total of claim amounts |
|---|---|---|---|
| **5a. Total claims from Part 1** | 5a. | $ | 0.00 |
| **5b. Total claims from Part 2** | 5b. + | $ | 1,724,714.69 |
| **5c. Total of Parts 1 and 2**<br>Lines 5a + 5b = 5c. | 5c. | $ | 1,724,714.69 |

8/10/25 11:33PM

**Fill in this information to identify the case:**

Debtor name        **United Property Maintenance Corporation**

United States Bankruptcy Court for the:    CENTRAL DISTRICT OF CALIFORNIA

Case number (if known) _____

☐ Check if this is an
    amended filing

## Official Form 206G
## Schedule G: Executory Contracts and Unexpired Leases                    12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1.  **Does the debtor have any executory contracts or unexpired leases?**
    ☐ No. Check this box and file this form with the debtor's other schedules.  There is nothing else to report on this form.
    ■ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal*                *Property*
    (Official Form 206A/B).

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| 2.1.  State what the contract or lease is for and the nature of the debtor's interest **Warehouse Lease** | |
| State the term remaining **February 29, 2028** | **R.J. Land Co., L.P., a California limited partnership** **8799 Balboa Avenue, Suite 260** **San Diego, CA 92123** |
| List the contract number of any government contract | |

**Fill in this information to identify the case:**

Debtor name    **United Property Maintenance Corporation**

United States Bankruptcy Court for the:    CENTRAL DISTRICT OF CALIFORNIA

Case number (if known) _____

☐ Check if this is an
amended filing

## Official Form 206H
## Schedule H: Your Codebtors                                      12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the
Additional Page to this page.

**1. Do you have any codebtors?**

☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

■ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of
creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule
on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| | Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|---|
| | **Name** | **Mailing Address** | **Name** | *Check all schedules that apply:* |
| 2.1 | **Michael Speltz** | **4 Pomegranate Street** **Ladera Ranch, CA 92694** **3 SBA Loans** | **First Internet Bank of Indiana(SBA)** | ■ D __2.3__ ☐ E/F _____ ☐ G _____ |
| 2.2 | **Michael Speltz** | **4 Pomegranate Street** **Ladera Ranch, CA 92694** **3 SBA Loans** | **First Internet Bank of Indiana(SBA)** | ■ D __2.4__ ☐ E/F _____ ☐ G _____ |
| 2.3 | **Michael Speltz** | **4 Pomegranate Street** **Ladera Ranch, CA 92694** **3 SBA Loans** | **First Internet Bank of Indiana(SBA)** | ■ D __2.5__ ☐ E/F _____ ☐ G _____ |
| 2.4 | **Michael Speltz** | **4 Pomegranate Street** **Ladera Ranch, CA 92694** **3 SBA Loans** | **Fora Financial West, LLC** | ■ D __2.6__ ☐ E/F _____ ☐ G _____ |
| 2.5 | **Michael Speltz** | **4 Pomegranate Street** **Ladera Ranch, CA 92694** **3 SBA Loans** | **US Bank** | ■ D __2.9__ ☐ E/F _____ ☐ G _____ |

| Debtor | **United Property Maintenance Corporation** | Case number *(if known)* | |
|--------|---------------------------------------------|--------------------------|---|

**Additional Page to List More Codebtors**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|
| 2.6 | Michael Speltz | 4 Pomegranate Street<br>Ladera Ranch, CA 92694<br>3 SBA Loans | US Bank | ☐ D _____<br>■ E/F  **3.31**<br>☐ G _____ |
| 2.7 | Michael Speltz | 4 Pomegranate Street<br>Ladera Ranch, CA 92694<br>3 SBA Loans | WebBank c/o<br>QuickBooks Capital | ☐ D _____<br>■ E/F  **3.32**<br>☐ G _____ |
| 2.8 | Michael Speltz | 4 Pomegranate Street<br>Ladera Ranch, CA 92694<br>3 SBA Loans | First Internet Bank of<br>Indiana(SBA) | ☐ D _____<br>■ E/F  **3.7**<br>☐ G _____ |
| 2.9 | Michael Speltz | 4 Pomegranate Street<br>Ladera Ranch, CA 92694<br>3 SBA Loans | Fora Financial West,<br>LLC | ☐ D _____<br>■ E/F  **3.9**<br>☐ G _____ |
| 2.10 | Michael Speltz | 4 Pomegranate Street<br>Ladera Ranch, CA 92694<br>3 SBA Loans | First Internet Bank of<br>Indiana(SBA) | ☐ D _____<br>■ E/F  **3.8**<br>☐ G _____ |

---

**Fill in this information to identify the case:**

Debtor name     **United Property Maintenance Corporation**

United States Bankruptcy Court for the:     CENTRAL DISTRICT OF CALIFORNIA

Case number (if known)     _____

☐ Check if this is an
amended filing

---

## Official Form 207
### Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy          04/25

**The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).**

| Part 1: | Income |
|---|---|

**1. Gross revenue from business**

☐ None.

| Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | Sources of revenue Check all that apply | Gross revenue (before deductions and exclusions) |
|---|---|---|
| **From the beginning of the fiscal year to filing date:** From **1/01/2025** to **Filing Date** | ■ Operating a business ☐ Other _____ | **$1,097,448.71** |
| **For prior year:** From **1/01/2024** to **12/31/2024** | ■ Operating a business ☐ Other _____ | **$2,039,187.00** |
| **For year before that:** From **1/01/2023** to **12/31/2023** | ■ Operating a business ☐ Other _____ | **$1,515,814.00** |

**2. Non-business revenue**

Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

■ None.

| | Description of sources of revenue | Gross revenue from each source (before deductions and exclusions) |
|---|---|---|

| Part 2: | List Certain Transfers Made Before Filing for Bankruptcy |
|---|---|

**3. Certain payments or transfers to creditors within 90 days before filing this case**

List payments or transfers--including expense reimbursements--to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $8,575. (This amount may be adjusted on 4/01/28 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

☐ None.

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer Check all that apply |
|---|---|---|---|

Debtor    **United Property Maintenance Corporation** _____     Case number *(if known)* _____

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>*Check all that apply* |
|---|---|---|---|
| 3.1.  **Apple**<br>**One Apple Parkway**<br>**Cupertino, CA 95014** | **June 6, 2025** | **$8,611.36** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.2.  **First Internet Bank of Indiana**<br>**8701 E. 116th Street**<br>**Fishers, IN 46038** | **May 1, 2025** | **$21,178.44** | ■ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.3.  **Fora Financial West, LLC**<br>**242 West 36th St.**<br>**14th Floor**<br>**New York, NY 10018-7748** | **May 5, 14**<br>**and 21, 2025** | **$13,378.38** | ■ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.4.  **Home Depot**<br>**2455 Paces Ferry Road**<br>**Atlanta, GA 30339** | **There were**<br>**137**<br>**transactions**<br>**over the**<br>**period of**<br>**May 1, 2025**<br>**to August 1,**<br>**2025.** | **$14,988.48** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.5.  **Mira Mesa Transmission**<br>**9545 Kearny Villa Road, Suite 102**<br>**San Diego, CA 92126** | **July 16, 18**<br>**and 23, 2025** | **$11,763.00** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.6.  **R.J. Land Co., L.P., a California**<br>**limited partnership**<br>**8799 Balboa Avenue, Suite 260**<br>**San Diego, CA 92123** | **June 30,**<br>**2025 and**<br>**July 31, 2025** | **$8,614.00** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>■ Other  **Lease for Warehouse** |
| 3.7.  **Ruby One Properties LLC**<br>**7486 La Jolla Blvd., Suite 509**<br>**La Jolla, CA 92039** | **May 29, 2025**<br>**, June 9,**<br>**2025, June**<br>**20, 2025 and**<br>**July 18, 2025** | **$12,750.00** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.8.  **Shiftable HR**<br>**30 Corporate Park, Suite 310**<br>**Irvine, CA 92606** | **May 7, May**<br>**14, May 21,**<br>**May 28, May**<br>**29, and June**<br>**4, 2025** | **$57,418.68** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other___ |

Debtor   **United Property Maintenance Corporation**                         Case number *(if known)* _____

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>*Check all that apply* |
|---|---|---|---|
| 3.9. **Vincente Gaspar**<br>**8195 Ronson Road, Suite F**<br>**San Diego, CA 92111** | **65 payments over the period of May 2 through July 28, 2025.** | **$96,407.43** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.10. **Go-Staff**<br>**8798 Complex Drive**<br>**San Diego, CA 92123** | | **$8,500.00** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other___ |

4. **Payments or other transfers of property made within 1 year before filing this case that benefited any insider**
   List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $8,575. (This amount may be adjusted on 4/01/28 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

   ■ None.

| Insider's name and address<br>Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
|---|---|---|---|

5. **Repossessions, foreclosures, and returns**
   List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

   ■ None

| Creditor's name and address | Describe of the Property | Date | Value of property |
|---|---|---|---|

6. **Setoffs**
   List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

   ■ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|

**Part 3:**   Legal Actions or Assignments

7. **Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**
   List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

   ■ None.

| Case title<br>Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|

8. **Assignments and receivership**
   List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

   ■ None

| Debtor | **United Property Maintenance Corporation** | Case number *(if known)* |
|---|---|---|

**Part 4:**    **Certain Gifts and Charitable Contributions**

9.  List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of
    the gifts to that recipient is less than $1,000

■ None

| Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|

**Part 5:**    **Certain Losses**

10.  **All losses from fire, theft, or other casualty within 1 year before filing this case.**

■ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss<br><br>If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received.<br><br>List unpaid claims on Official Form 106A/B *(Schedule A/B: Assets – Real and Personal Property)*. | Dates of loss | Value of property lost |
|---|---|---|---|

**Part 6:**    **Certain Payments or Transfers**

11.  **Payments related to bankruptcy**
     List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing
     of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy
     relief, or filing a bankruptcy case.

☐ None.

| | Who was paid or who received the transfer?<br>Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.1. | **Marshack Hays Wood LLP**<br>**870 Roosevelt**<br>**Irvine, CA 92602** | | **$25,000 on 5/22/2025;**<br>**$10,000 on 7/28/2025;**<br>**$1,800 on 8/8/2025** | **$36,800.00** |
| | **Email or website address**<br>**https://marshackhays.com/** | | | |
| | **Who made the payment, if not debtor?** | | | |
| 11.2. | **Grobstein Teeple**<br>**23832 Rockfield Boulevard,**<br>**#245**<br>**Lake Forest, CA 92630** | | **$10,000 -5/28/2025;**<br>**$3,000 - 8/4/2025** | **$13,000.00** |
| | **Email or website address**<br>**www.gtllp.com** | | | |
| | **Who made the payment, if not debtor?** | | | |

12.  **Self-settled trusts of which the debtor is a beneficiary**
     List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case
     to a self-settled trust or similar device.
     Do not include transfers already listed on this statement.

Software Copyright (c) 1996-2025 Best Case, LLC - www.bestcase.com

Debtor   **United Property Maintenance Corporation**                    Case number *(if known)*

---

■ None.

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|

**13. Transfers not already listed on this statement**

List any transfers of money or other property - by sale, trade, or any other means - made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

■ None.

| Who received transfer? Address | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|

| Part 7: | Previous Locations |
|---|---|

**14. Previous addresses**

List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

■ Does not apply

| Address | Dates of occupancy From-To |
|---|---|

| Part 8: | Health Care Bankruptcies |
|---|---|

**15. Health Care bankruptcies**

Is the debtor primarily engaged in offering services and facilities for:
- diagnosing or treating injury, deformity, or disease, or
- providing any surgical, psychiatric, drug treatment, or obstetric care?

■ No. Go to Part 9.
☐ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|

| Part 9: | Personally Identifiable Information |
|---|---|

**16. Does the debtor collect and retain personally identifiable information of customers?**

☐ No.
■ Yes. State the nature of the information collected and retained.

**Debtor maintains client information for billing purposes.**

Does the debtor have a privacy policy about that information?
■ No
☐ Yes

**17. Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

■ No. Go to Part 10.
☐ Yes. Does the debtor serve as plan administrator?

| Part 10: | Certain Financial Accounts, Safe Deposit Boxes, and Storage Units |
|---|---|

---

| Debtor | **United Property Maintenance Corporation** | Case number *(if known)* | |
|---|---|---|---|

**18. Closed financial accounts**

Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?

Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

■ None

| Financial Institution name and Address | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|

**19. Safe deposit boxes**

List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

■ None

| Depository institution name and address | Names of anyone with access to it Address | Description of the contents | Does debtor still have it? |
|---|---|---|---|

**20. Off-premises storage**

List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

☐ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|
| **Michael Speltz (Garage)**<br>**4 Pomegranate Street**<br>**Ladera Ranch, CA 92694** | **Michael Speltz, address same as above.** | **Miscellaneous equipment. For occassional storage of equipment.** | ☐ No<br>■ Yes |

**Part 11:    Property the Debtor Holds or Controls That the Debtor Does Not Own**

**21. Property held for another**

List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

■ None

**Part 12:    Details About Environment Information**

For the purpose of Part 12, the following definitions apply:

*Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

*Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, utilizes or that the debtor formerly owned, operated, or utilized.

*Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

**22.    Has the debtor been a party in any judicial or administrative proceeding under any environmental law?** Include settlements and orders.

■    No.

☐    Yes. Provide details below.

8/10/25 11:33PM

Debtor    **United Property Maintenance Corporation**

Case number *(if known)*

| Case title Case number | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|

**23. Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

■ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

**24. Has the debtor notified any governmental unit of any release of hazardous material?**

■ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

**Part 13:   Details About the Debtor's Business or Connections to Any Business**

**25. Other businesses in which the debtor has or has had an interest**
List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

■ None

| Business name address | Describe the nature of the business | Employer Identification number Do not include Social Security number or ITIN. Dates business existed |
|---|---|---|

**26. Books, records, and financial statements**
26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.
☐ None

| Name and address | Date of service From-To |
|---|---|
| 26a.1.    **Lyle Hunter** **5012 Central Avenue, Suite G** **Bonita, CA 91902** | **2002 to 2025** |
| 26a.2.    **Shelly Hicks** **13014 Lindo Lane** **Lakeside, CA 92040** | **2024 to 2025** |

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

☐ None

| Name and address | Date of service From-To |
|---|---|
| 26b.1.    **Lyle Hunter** **5012 Central Avenue, Suite G** **Bonita, CA 91902** | **2002 to 2005 (Only prepaid taxes)** |

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

☐ None

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|

Software Copyright (c) 1996-2025 Best Case, LLC - www.bestcase.com

Debtor    **United Property Maintenance Corporation**                          Case number *(if known)*

| Name and address | | If any books of account and records are unavailable, explain why |
|---|---|---|
| 26c.1. | **Shelly Hicks**<br>**13014 Lindo Lane**<br>**Lakeside, CA 92040** | **Outsourced Bookkeeper - Quickbooks online, no physical records.** |
| 26c.2. | **Lyle Hunter**<br>**5012 Central Avenue, Suite G**<br>**Bonita, CA 91902** | |

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

■ None

| Name and address |
|---|

**27. Inventories**
Have any inventories of the debtor's property been taken within 2 years before filing this case?

■ No
☐ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|

**28. List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.**

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| **Michael Speltz** | **4 Pomegranate Street**<br>**Ladera Ranch, CA 92694** | **President** | **100** |

**29.** Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?

■ No
☐ Yes. Identify below.

**30. Payments, distributions, or withdrawals credited or given to insiders**
Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

☐ No
■ Yes. Identify below.

| | Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|---|
| 30.1. | **Mike Speltz**<br>**4 Pomegrante Street**<br>**Ladera Ranch, CA 92694** | **$80,000** | **June 2024, April 25, 2025 and April 30, 2025** | **April 25, 2025, $40,000 return of capital and $40,000 equity draw.** |
| | Relationship to debtor<br>**President** | | | |

Debtor   **United Property Maintenance Corporation**                Case number *(if known)*

| | Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|---|
| 30.2 | **Mike Speltz**<br>**4 Pomegrante Street**<br>**Ladera Ranch, CA 92694** | $5,833 monthly salary and approximately $10,500 in expenses and perquisites monthly from August, 2024 to May 2025; $16,333 monthly salary from June 2025 to present. | **Monthly** | **Owner Salary** |
| | Relationship to debtor<br>**President** | | | |

31. **Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

■  No
☐  Yes. Identify below.

**Name of the parent corporation**                                **Employer Identification number of the parent corporation**

32. **Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

■  No
☐  Yes. Identify below.

**Name of the pension fund**                                **Employer Identification number of the pension fund**

---

**Part 14:   Signature and Declaration**

**WARNING** — Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   **August 11, 2025**

_____          **Michael Speltz**
Signature of individual signing on behalf of the debtor          Printed name

Position or relationship to debtor   **President**

Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?
■ No
☐ Yes

---

Software Copyright (c) 1996-2025 Best Case, LLC - www.bestcase.com

B2030 (Form 2030) (12/15)

# United States Bankruptcy Court
## Central District of California

In re   **United Property Maintenance Corporation**

Case No.

Debtor(s)

Chapter   **11**

# DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1.   Pursuant to 11 U .S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

| | | |
|---|---|---|
| For legal services, I have agreed to accept | $ | **35,000** |
| Prior to the filing of this statement I have received | $ | 35,000 |
| Balance Due | $ | **0.00** |

2.   The source of the compensation paid to me was:

☑ Debtor   ☐ Other (specify):

3.   The source of compensation to be paid to me is:

☑ Debtor   ☐ Other (specify):

4.   ☑ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm.  A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

5.   In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

a.   Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
b.   Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
c.   Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
d.   [Other provisions as needed]
       **Preparation and filing of Chapter 11 petition Subchapter V, schedules, statement of financial affairs, and all documents needed to commence a Chapter 11 case.**

6.   By agreement with the debtor(s), the above-disclosed fee does not include the following service:
       **Representation of the debtor in any dischargeability actions, judicial lien avoidances, relief from stay actions or any other adversary proceeding.**

---

### CERTIFICATION

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

**August 11, 2025**
Date

*/s/ David A. Wood*
**David A. Wood**
*Signature of Attorney*
**MARSHACK HAYS WOOD LLP**
**870 Roosevelt**
**Irvine, CA 92620-3663**
**(949) 333-7777   Fax: (949) 333-7778**
**dwood@marshackhays.com**
*Name of law firm*

Attorney or Party Name, Address, Telephone & FAX Nos.,
State Bar No. & Email Address

**David A. Wood**
**870 Roosevelt**
**Irvine, CA 92620-3663**
**(949) 333-7777 Fax: (949) 333-7778**
California State Bar Number: **272406 CA**
**dwood@marshackhays.com**

FOR COURT USE ONLY

☐   *Debtor(s) appearing without an attorney*

■   *Attorney for Debtor*

## UNITED STATES BANKRUPTCY COURT
### CENTRAL DISTRICT OF CALIFORNIA

In re:

**United Property Maintenance Corporation**

CASE NO.:

CHAPTER: 11

## VERIFICATION OF MASTER
## MAILING LIST OF CREDITORS

### [LBR 1007-1(a)]

Debtor(s).

Pursuant to LBR 1007-1(a), the Debtor, or the Debtor's attorney if applicable, certifies under penalty of perjury that the master mailing list of creditors filed in this bankruptcy case, consisting of __6__ sheet(s) is complete, correct, and consistent with the Debtor's schedules and I/we assume all responsibility for errors and omissions.

Date: **August 11, 2025**

_____
Signature of Debtor 1

Date: _____

_____
Signature of Debtor 2 (joint debtor) ) (if applicable)

Date: **August 11, 2025**

_____
Signature of Attorney for Debtor (if applicable)

This form is optional. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

*December 2015*

**F 1007-1.MAILING.LIST.VERIFICATION**

United Property Maintenance Corporation
4 Pomegranate Street
Ladera Ranch, CA 92694


David A. Wood
MARSHACK HAYS WOOD LLP
870 Roosevelt
Irvine, CA 92620-3663


Office of the United States Trustee
411 W. Fourth Street
Suite 7160
Santa Ana, CA 92701

American Express - Gold
P.O. Box 96001
Los Angeles, CA 90096-8000


American Express - Platinum
P.O. Box 96001
Los Angeles, CA 90096-8000


Basem Sabatini
President/CEO of California
Construction Superior Corp.
17030 Matinal Road
San Diego, CA 92127


California Construction Superior
Corp
8451 Miralani Dr., Ste. E
San Diego, CA 92126


Chase Auto Finance
PO Box 78101
Phoenix, AZ 85062


Corpsmart
106 5th Avenue SE
Olympia, WA 98501


Employment Development Department
Bankruptcy Group MIC 92E
P.O. Box 826880
Sacramento, CA 94280-0001


First Internet Bank of Indiana
8701 E. 116 Street
Fishers, IN 46038

First Internet Bank of Indiana
11210 USA Parkway
Fishers, IN 46037


First Internet Bank of Indiana(SBA)
8701 E. 116th Street
Fishers, IN 46038


Fora Financial West, LLC
1385 Broadway, 15th Floor
New York, NY 10018


Franchise Tax Board Bankruptcy
Section, MS: A-340
P.O, Box 2952
Sacramento, CA 95812-2952


Hector Ruelas
965 E. Lincoln Avenue
Escondido, CA 92026


Ink Chase Credit
P.O. Box 15123
Wilmington, DE 19850-5123


Internal Revenue Service
P.O. Box 7346
Philadelphia, PA 19101-7346


Jacob Langkilde
539 Avenida Blanco
San Marcos, CA 92069

Jaime Vargas
5503 Amanda Street
San Diego, CA 92114


Jeffrey Agee
8746 Vanguard Place
Lakeside, CA 92040


Jesse Viramontes
8763 Graves Avenue
Santee, CA 92071


Juan Crespin
3822 Crestone Place
San Diego, CA 92130


Julia Rhodes
10910 Glencreek Circle
San Diego, CA 92131


Luis Roman Macias
2001 Hartwright Road, Unit 21
Vista, CA 92083


Marco Antonio Diaz
1935 Avenida Del Mexico #146
San Diego, CA 92154


Michael Speltz
4 Pomegranate Street
Ladera Ranch, CA 92694

Oscar Ramos
1148 Kenalan Drive
San Diego, CA 92154


R.J. Land Co., L.P., a California
limited partnership
8799 Balboa Avenue, Suite 260
San Diego, CA 92123


San Diego County Credit Union
P.O. Box 269040
San Diego, CA 92196


SBA Desk Officer
Office of Management and Budget
New Executive Office Building
Room 10202
Washington, DC 20503


State Board of Equalization
Special Operations BK Team, MIC:74
P.O. Box 942879
Sacramento, CA 94279


Steven Leroy Rader
16919 Highway 67
CA 92965


TD Auto Finance
16039 Mailstop ME2-074-0176
6 Atlantis Way
Lewiston, ME 04240


U.S. Small Business Administration
(SBA) - Fresno District Office
801 R. Street, Suite 201
Fresno, CA 93721

```
United States Small Admimistration
Office of General Counsel
312 North Spring Street, 5th Floor
Los Angeles, CA 90012


US Bank
P.O. Box 2188
Oshkosh, WI 54903-2188


Warranty Escrow
3150 Pio Pico Dr., #101
Carlsbad, CA 92008


WebBank c/o QuickBooks Capital
P.O. Box 842978
Dallas, TX 75284-2978
```

**ACTION BY WRITTEN CONSENT
OF THE PRESIDENT OF UNITED PROPERTY MAINTENANCE CORPORATION
DBA CALIFORNIA CONSTRUCTION SUPERIOR
(In Lieu of a Meeting)**

I, Michael Speltz, declare under penalty of perjury that I am the President of UNITED PROPERTY MAINTENANCE CORPORATION dba CALIFORNIA CONSTRUCTION SUPERIOR, and that the following is a true and correct copy of the resolutions adopted by the Board of Directors of said corporation at a special meeting duly called and held on the 30th day of July.

"Whereas, it is in the best interest of this corporation to file a voluntary petition in the United States Bankruptcy Court pursuant to Chapter 11 of Title 11 of the United States Code;

Be It Therefore Resolved, that Michael Speltz, President of this Corporation, is authorized and directed to execute and deliver all documents necessary to perfect the filing of a chapter 11 voluntary bankruptcy case on behalf of the corporation; and

Be It Further Resolved, that Michael Speltz, President of this Corporation is authorized and directed to appear in all bankruptcy proceedings on behalf of the corporation, and to otherwise do and perform all acts and deeds and to execute and deliver all necessary documents on behalf of the corporation in connection with such bankruptcy case, and

Be It Further Resolved, that Michael Speltz, President of this Corporation is authorized and directed to employ David A. Wood, Aaron E. de Leest, attorneys and the law firm of MARSHACK HAYS WOOD LLP to represent the corporation in such bankruptcy case."

In Witness Whereof, the undersigned have executed this Action by Written Consent effective as of the 30th day of July, 2025.

Name: Mike Speltz
Position: President